UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  21-cv-21148-BLOOM/Otazo-Reyes

**VICTOR ARIZA**,

      Plaintiff,

vs.

**APM.MC USA, INC., d/b/a APM MONACO, a foreign for-profit corporation, and APM MONACO S.A.M., a foreign public limited company,**

      Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff VICTOR ARIZA, by and through his undersigned Counsel, hereby provides notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file dismissal documents with prejudice.

DATED:  July 8, 2021.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of July, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Jordan S. Cohen, Esq.
WICKER SMITH O'HARA McCOY & FORD, P.A.
515 East Las Olas Boulevard
SunTrust Center, Suite 1400
Fort Lauderdale, FL  33301
(954) 847-4800
jcohen@wickersmith.com

*Attorneys for Defendants*
*AP.MC USA, INC. and APM MONACO*
*S.A.M. d/b/a APM MONACO*

                                            /s/ *Roderick V. Hannah*
                                                Roderick V. Hannah