UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  21-cv-21148-BLOOM/Otazo-Reyes

**VICTOR ARIZA**,

    Plaintiff,

vs.

**APM.MC USA, INC., d/b/a APM MONACO, a foreign for-profit corporation, and APM MONACO S.A.M., a foreign public limited company,**

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff VICTOR ARIZA ("Plaintiff"), and Defendants APM.MC USA, INC. d/b/a APM MONACO and APM MONACO S.A.M. ("Defendants") (Plaintiff and Defendants are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of Plaintiff's claims in the action with prejudice. The Parties shall bear their own attorneys' fees, costs, and expenses. All Parties consent to the form and content of this Stipulation.

Dated:  August 10, 2021.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 North Hiatus Road<br>Sunrise, FL  33351-7919<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email:  rhannah@rhannahlaw.com<br><br>By____*s/ Roderick V. Hannah*_____<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: duranandassociates@gmail.com<br><br>By ___*s/ Pelayo M. Duran*_____<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

**WICKER SMITH O'HARA McCOY & FORD, P.A.**
Attorneys for Defendants
515 East Las Olas Boulevard
SunTrust Center, Suite 1400
Fort Lauderdale, FL  33301
(954) 847-4800
jcohen@wickersmith.com

By   /s/ *Jordan S. Cohen*
      JORDAN S. COHEN
      Fla. Bar No. 551872